UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEION CHAMBERS,
    Plaintiff,

vs.                                        Case No.: 3:23cv10285TKW/ZCB

CAPTAIN BUTLER, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge issued a Report and Recommendation (Doc. 46). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's motion for a temporary restraining order should be denied. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's "Motion for Temporary Restraining Order" (Doc. 45) is **DENIED**.

3. This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 22nd day of April, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**